IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00102-MEH

MARCUS ONVANI,

    Plaintiff,

v.

LOCKHEED MARTIN CORP.,
d/b/a Lockheed Martin Space,

    Defendant.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is the parties' Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF 23. The case was dismissed with prejudice as of the entry of the Stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (providing that the "plaintiff may dismiss an action *without a court order* by filing: . . . . a stipulation of dismissal") (emphasis added). No order of dismissal is necessary. The Clerk of Court shall close this case.

Dated and entered at Denver, Colorado, this 15th day of September, 2021.

                              BY THE COURT:

                              */s/ Michael E. Hegarty*

                              Michael E. Hegarty
                              United States Magistrate Judge